## Commonwealth *v.* Smith, Appellant.

Submitted September 8, 1969. *David Zwanetz* and *Cormac J. Malloy,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Order affirmed.